UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YORDANY ZAMORA GARCIA,**

      **Plaintiff,**

v.                                                      **Case No:  6:16-cv-2164-Orl-28DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. 20)** |
| **FILED:** | **July 19, 2017** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On July 19, 2017, Plaintiff filed an uncontested motion to dismiss asking the Court to dismiss this action with prejudice. Doc. 20. In the Motion, Plaintiff advised the Court that Defendant has not alleged a counterclaim against Plaintiff. *Id*.

Upon review, the undersigned finds no reason not to grant Plaintiff's motion. Accordingly, the undersigned respectfully **RECOMMENDS** that the Court grant Plaintiff's motion, and that this action be **DISMISSED with prejudice.**

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 20, 2017.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy