UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YORDANY ZAMORA GARCIA,
　　　　Plaintiff,

v.                                             Case No: 6:16-cv-2164-Orl-28DCI

COMMISSIONER OF SOCIAL
SECURITY,
　　　　Defendant.

## ORDER

This case is before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. 20). The assigned United States Magistrate Judge has submitted a Report (Doc. 21) recommending that the motion be granted. Neither party has filed an objection to the Report, and the time for filing objections has passed. After review of the record in this matter, and noting the lack of an objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　Plaintiff's Uncontested Motion to Dismiss (Doc. 20) is **GRANTED**.

3.　　This case is **dismissed with prejudice**. The Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 10, 2017.

　　　　　　　　　　　　　　　　　　　　　　　JOHN ANTOON II
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record